UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Children's Health Defense, et al. §
        *Plaintiff* §
§
§
v. § Case No. 2:23-cv-00004-Z
§
§
The Washington Post Co., et al. §
        *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

JW Howard/Attorneys, LTD._____, with offices at

600 West Broadway, Ste. 1400
(Street Address)

San Diego                                      CA                92101
(City)                                           (State)            (Zip Code)

619-234-2842                              619-234-1716
(Telephone No.)                        (Fax No.)

II. Applicant will sign all filings with the name John W. Howard_____.

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Children's Health Defense, Robert F. Kennedy, Jr., Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, TY Bollinger & Charlene Bollinger

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____California Supreme Court_____, where Applicant regularly practices law.

Bar license number: 80200      Admission date: June 23, 1978

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Northern District of CA | 11/17/2019 | Active |
| U.S. Eastern District of CA | 2/23/1995 | Active |
| U.S. Central District of CA | 3/22/1991 | Active |
| U.S. Southern District of CA | 1978 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

N/A                     N/A

_____ _____

_____ _____
                        (If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

Ryan P. Brown_____, who has offices at

1222 South Fillmore, Street_____
(Street Address)

Amarillo_____  TX_____  79101_____
(City)                                 (State)       (Zip Code)

806-372-5711_____  N/A_____
(Telephone No.)                        (Facsimile No.)

XI.  Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  17  day of January_____, 2023____.

                                        John W. Howard_____
                                        Printed Name of Applicant

                                        _____
                                        Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 12, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN WAYNE HOWARD, #80200 was admitted to the practice of law in this state by the Supreme Court of California on June 23, 1978 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



# The State Bar of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

January 12, 2023

Michelle Volk
JW Howard/Attorneys
600 West Broadway, Ste 1400
SAN DIEGO, CA 92101

Re: State Bar Number 80200 – John Wayne Howard
TNI-Texas

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1      Standard

Delivery Method: UPS Domestic CA
PH: 619234-2842