AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00004-Z

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>The Associated Press c/o Corporation Service Company</u>
was received by me on *(date)* <u>January 27, 2023</u>.

☒ I personally served the summons on the individual at *(place)* <u>80 State Street, Albany, NY 12207</u>
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>"Jane Doe", Clerk (No name provided)</u>, who is designated
by law to accept service of process on behalf of *(name of organization)* <u>Corporation Service Company</u>
_____ on *(date)* <u>January 30, 2023</u>; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____

My fees are $ <u>0.00</u>     for travel and $ <u>201.95</u>     for services, for a total of $ <u>201.95</u>

I declare under penalty of perjury that this information is true.

Date: <u>February 1, 2023</u>

_____
Server's signature

JEFFREY TEITEL
Printed name and title
1550 Hotel Circle North Suite 440
San Diego, CA 92108
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Robert F Kennedy, et al <br> *Plaintiff* <br> v. <br> The Washington Post Co., et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:23-cv-00004-Z <br> ) <br> ) <br> ) <br> ) |

## Summons in a Civil Action

**TO:** The Associated Press

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Ryan Brown
1222 S Fillmore St
Amarillo , TX 79101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 01/11/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2) #290917

Civil Action No. 2:23-cv-00004-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) The Washington Post Co.
was received by me on (*date*) January 18, 2023.

☒ I personally served the summons on the individual at (*place*) 1150 15th Street NW, Washington, DC 20071
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) Monique Williams (Intake Specialist), who is designated
by law to accept service of process on behalf of (*name of organization*) The Washington Post Co.
_____ on (*date*) January 30, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____

My fees are $ 0.00    for travel and $ 382.70    for services, for a total of $ 382.70

I declare under penalty of perjury that this information is true.

Date: February 3, 2023

*Lanna Washington*
Server's signature

LANNA WASHINGTON
Printed name and title
1550 HOTEL CIRCLE NORTH SUITE 440
SAN DIEGO, CA 92108
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Robert F Kennedy, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-00004-Z |
|  | ) |
| The Washington Post Co., et al | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** The Washington Post Co.

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Ryan Brown
    1222 S Fillmore St
    Amarillo , TX 79101

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/11/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00004-Z

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Reuters News & Media Inc. c/o Corporation Service Company</u>
was received by me on *(date)* <u>February 2, 2023</u>.

☒ I personally served the summons on the individual at *(place)* <u>80 State Street, Albany, NY 12207</u>
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Minard Karkner (Process Specialist)</u>, who is designated
by law to accept service of process on behalf of *(name of organization)* <u>Corporation Service Company</u>
_____ on *(date)* <u>February 3, 2023</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____


My fees are $ <u>0.00</u>        for travel and $ <u>201.95</u>        for services, for a total of $ <u>201.95</u>

I declare under penalty of perjury that this information is true.

Date: <u>February 6, 2023</u>

                                                  _____
                                                  Server's signature

                                                  JEFFREY TEITEL
                                                  _____
                                                  Printed name and title
                                                  1550 Hotel Circle North Suite 440
                                                  San Diego, CA 92108
                                                  _____
                                                  Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Robert F Kennedy, et al | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-00004-Z |
| | ) |
| The Washington Post Co., et al | ) |
| *Defendant* | ) |

**Summons in a Civil Action**

**TO:** Reuters News & Media Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Ryan Brown
1222 S Fillmore St
Amarillo , TX 79101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 01/11/2023

*Signature of Clerk or Deputy Clerk*