**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ROBERT F. KENNEDY, JR., TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER & CHARLENE BOLLINGER, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE WASHINGTON POST CO., THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS, <br><br> *Defendants*. | Civil Action No. 2:23-cv-00004-Z |

**DEFENDANT WP COMPANY LLC'S CERTIFICATE OF INTERESTED
PERSONS/DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.4, Defendant WP Company LLC d/b/a The Washington Post[1] provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: WP Company LLC is a wholly owned subsidiary of Nash Holdings LLC. Nash Holdings LLC is privately held and does not have any outstanding securities in the hands of the public.

---

[1] Plaintiffs agree that the Complaint contained a misnomer and that WP Company LLC is the proper defendant. Plaintiffs' counsel has informed counsel for WP Company LLC that Plaintiffs intend to promptly file an amended complaint which will correct this misnomer, substituting WP Company LLC for The Washington Post Co.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:  Nash Holdings LLC.

| | |
|---|---|
| Dated: February 17, 2023 | Respectfully submitted,<br><br>*/s/ Thomas C. Riney*<br>Thomas C. Riney (SBN 16935100)<br>tom.riney@uwlaw.com<br>C. Jason Fenton (SBN 24087505)<br>jason.fenton@uwlaw.com<br>UNDERWOOD LAW FIRM, P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, Texas 79101<br>Telephone: (806) 379-5613<br>Facsimile: (806) 379-0316<br><br>John E. Schmidtlein (*pro hac vice* forthcoming)<br>jschmidtlein@wc.com<br>Thomas G. Hentoff (*pro hac vice* forthcoming)<br>thentoff@wc.com<br>Nicholas G. Gamse (*pro hac vice* forthcoming)<br>ngamse@wc.com<br>Kathryn E. Garza (*pro hac vice* forthcoming)<br>kgarza@wc.com<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>T: (202) 434-5000<br>F: (202) 434-5029<br><br>*Attorneys for WP Company LLC* |

**CERTIFICATE OF SERVICE**

      The undersigned Counsel hereby certifies that on the 17th day of February 2023, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.  In addition, notice was provided via email to the following counsel.

      */s/ Thomas C. Riney*
      Thomas C. Riney

Ryan Patrick Brown
ryan@ryanbrownattorneyatlaw.com
RYAN BROWN ATTORNEY AT LAW
1222 S. Fillmore Street
Amarillo, Texas 79101
Tel: (806) 372-5711

John W. Howard
johnh@jwhowardattorneys.com
JW HOWARD ATTORNEYS
600 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 234-2842

Scott J. Street
sstreet@jwhowardattorneys.com
JW HOWARD ATTORNEYS
201 South Lake Avenue, Suite 303
Pasadena, California 91101
Tel: (213) 205-2800

Jed Rubenfeld
rubenfeldjed@gmail.com
Roger Teich
rteich@juno.com

*Attorneys for Plaintiffs*

Timothy C. Williams
tim.williams@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
P.O. Box 15008 (79105)
701 S. Taylor Street, Suite 500
Amarillo, Texas 79101
Tel: (806) 468-3346; Fax: (806) 373-3454

Leslie E. John
JohnL@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorneys for The Associated Press*

Michelle A. Mantine
mmantine@reedsmith.com
Edward B. Schwartz
eschwartz@reedsmith.com
REED SMITH LLP
225 Fifth Avenue
Pittsburg, Pennsylvania 15222
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorneys for The British Broadcasting Corp.*

David M. Russell
david@srlawtx.com
SMITHEE & RUSSELL, LLP
320 S. Polk Street, Suite 920
Amarillo, Texas 79101
Tel: (806) 322-9200; Fax: (806) 322-9201

Justina Sessions
jsessions@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 330
San Francisco, California 94105
Tel: (415) 947-2000

*Attorneys for Reuters News & Media Incorp.*

4