**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **ROBERT F. KENNEDY,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 2:23-cv-004-Z** |
| | § | |
| **THE WASHINGTON POST CO.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

<u>**MOTION TO DISMISS OF DEFENDANT THE ASSOCIATED PRESS**</u>

 Defendant The Associated Press files this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), requesting that the Court dismiss Plaintiffs' lawsuit for lack of standing and failure to state a claim upon which relief can be granted.

 A brief that sets forth the argument and authorities upon which Defendant The Associated Press relies in support of this motion is filed separately pursuant to Local Rule 7.1.  Each of the matters required by Local Rule 7.2 are set forth in the brief.

 WHEREFORE, Defendant The Associated Press requests that the Court dismiss this case and that the Court grant such other and further relief to which Defendant may be entitled in law or in equity.

Date: February 21, 2023                    Respectfully submitted,

                                           */s/ Timothy Williams*
                                           Timothy Williams (Tex. Bar ID 24067940)
                                           Tim.williams@sprouselaw.com
                                           SPROUSE SHRADER SMITH PLLC
                                           701 S. Taylor, Suite 500
                                           Amarillo, TX 79101
                                           T: 806.468.3346
                                           F: 806.373.3454

                                           Leslie E. John (*pro hac vice* forthcoming)
                                           john@ballardspahr.com
                                           **BALLARD SPAHR LLP**
                                           1735 Market Street, 51st Floor
                                           Philadelphia, PA 19103
                                           Phone: 215-665-8500

                                           *Attorneys for Defendant The Associated Press*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 21, 2023, notice of the foregoing motion to dismiss was provided via the CM/ECF system to all counsel of record.  In addition, notice was provided via e-mail to the counsel named below.

/s/ *Timothy Williams*
Timothy Williams

Ryan Patrick Brown
ryan@ryanbrownattorneyatlaw.com
RYAN BROWN ATTORNEY AT LAW
1222 S. Fillmore Street
Amarillo, Texas 79101
Tel: (806) 372-5711

John W. Howard
johnh@jwhowardattorneys.com
JW HOWARD ATTORNEYS
600 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 234-2842

Scott J. Street
sstreet@jwhowardattorneys.com
JW HOWARD ATTORNEYS
201 South Lake Avenue, Suite 303
Pasadena, California 91101
Tel: (213) 205-2800

Jed Rubenfeld
rubenfeldjed@gmail.com
Roger Teich
rteich@juno.com

*Attorneys for Plaintiffs*

Thomas C. Riney
Tom.riney@uwlaw.com
C. Jason Fenton
Jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Tel: (806) 379-5613; Fax: (806) 379-0316

John E. Schmidtlein
jschmidtlein@wc.com
Thomas G. Hentoff
thentoff@wc.com
Nicholas G. Gamse
ngamse@wc.com
Kathryn E. Garza
kgarza@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000; Fax: (202) 434-5029

*Attorneys for WP Company LLC d/b/a The Washington Post*

Michelle A. Mantine
mmantine@reedsmith.com
Edward B. Schwartz
eschwartz@reedsmith.com
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorneys for The British Broadcasting Corp.*

David M. Russell
david@srlawtx.com
Smithee & Russell, LLP
320 S. Polk Street, Suite 920
Amarillo, Texas 79101
Tel: (806) 322-9200; Fax: (806) 322-9201

Justina Sessions
jsessions@wsgr.com
Wilson Sonsini Goodich & Rosati
One Market Plaza, Spear Tower, Suite 330
San Francisco, California 94105
Tel: (415) 947-2000

*Attorneys for Reuters News & Media Incorp.*