UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Children's Health Defense, et al.  §
    *Plaintiff* §
  §
  §
    v. § Case No. 2:23-cv-0004-Z
  §
  §
The Washington Post Co., et al. §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Williams & Connolly LLP, with offices at

680 Maine Avenue, S.W.
(Street Address)

Washington     D.C.     20024
(City)     (State)     (Zip Code)

202-434-5000     202-434-5029
(Telephone No.)     (Fax No.)

**II.** Applicant will sign all filings with the name Thomas G. Hentoff.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

WP Company LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _the District of Columbia_, where Applicant regularly practices law.

Bar license number: 438394     Admission date: 7/9/1993

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached. | See attached. | See attached. |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: N/A

Case No. And Style: N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Thomas C. Riney, who has offices at

500 S. Taylor, Suite 1200
(Street Address)

Amarillo          Texas          79101
(City)            (State)        (Zip Code)

806-376-5613              806-379-0316
(Telephone No.)           (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __14__ day of February, 2023.

Thomas G. Hentoff
Printed Name of Applicant

*Thomas G. Hentoff*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

THOMAS G. HENTOFF
(202) 434-5804
thentoff@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024

(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 22, 2023

Re:     **Thomas G. Hentoff pro hac vice application — Court admissions**

| Court | Date of Admission | Status |
|---|---|---|
| United States District Court for the District of Columbia | April 11, 1994 | Active |
| United States District Court for the District of Maryland | June 11, 1993 | Active |
| United States District Court for the Northern District of New York | September 27, 1994 | Active |
| United States Court of Appeals for the District of Columbia Circuit | October 5, 1994 | Active |
| United States Court of Appeals for the First Circuit | December 18, 2006 | Active |
| United States Court of Appeals for the Second Circuit | April 24, 2012 | Active |
| United States Court of Appeals for the Fourth Circuit | July 11, 2017 | Active |
| United States Court of Appeals for the Sixth Circuit | July 20, 2015 | Active |
| United States Court of Appeals for the Ninth Circuit | February 24, 1998 | Active |
| United States Court of Appeals for the Eleventh Circuit | December 28, 2010 | Active |

WILLIAMS & CONNOLLY LLP
February 22, 2023
Page 2

| | | |
|---|---|---|
| United States Court of Appeals for Veterans Claims | July 2016 | Active |
| United States Court of Appeals for the Federal Circuit | May 19, 2017 | Active |
| United States Supreme Court | March 18, 1996 | Active |