UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Children's Health Defense, et al. §
    *Plaintiff* §
§
§
v. § Case No. 2:23-cv-004-Z
§
§
The Washington Post Co., et. al. §
    *Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Ballard Spahr LLP                                                                                      , with offices at

1735 Market Street, 51st Floor
(Street Address)

Philadelphia                           PA                    19103-7599
(City)                                 (State)               (Zip Code)

215-665-8500                           215-864-8999
(Telephone No.)                        (Fax No.)

**II.**  Applicant will sign all filings with the name  Leslie E. John                                                 .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:
                (List All Parties Represented)

The Associated Press

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Pennsylvania_____, where Applicant regularly practices law.

Bar license number: 62290       Admission date: 11/25/1991

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attached List | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

n/a   n/a

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Timothy C. Williams, who has offices at

701 S. Taylor Street, Suite 500
(Street Address)

Amarillo    TX    79101
(City)    (State)    (Zip Code)

806-468-3300    806-373-3454
(Telephone No.)    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of March_____, 2023____.

Leslie E. John
Printed Name of Applicant

*Leslie E. John*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Attachment to Motion for Admission Pro Hac Vice for Leslie E. John

<u>U.S. Court & Date of Admission:</u>

California – 1987

Pennsylvania – 1991

U.S. Supreme Court – 2013

U.S. Court of Appeals for the Second Circuit – 2015

U.S. Court of Appeals for the Third Circuit – 2001

U.S. Court of Appeals for the Fourth Circuit – 2023

U.S. Court of Appeals for the Ninth Circuit – 2001

District Court for the Eastern District of Pennsylvania – 1993

District Court for the Northern District of California – 1987



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Leslie Ellen John, Esq.*

**DATE OF ADMISSION**

*November 25, 1991*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 1, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk