UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Children's Health Defense, et al. §
    *Plaintiff* §
§
§
v. § Case No. 2:23-cv-004-Z
§
§
The Washington Post Co., et. al. §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Ballard Spahr LLP, with offices at

1735 Market Street, 51st Floor
(Street Address)

Philadelphia     PA     19103-7599
(City)     (State)     (Zip Code)

215-665-8500     215-864-8999
(Telephone No.)     (Fax No.)

**II.** Applicant will sign all filings with the name Elizabeth P. Weissert.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

The Associated Press

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Pennsylvania_____, where Applicant regularly practices law.

Bar license number: 322931   Admission date: 10/17/2016

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S.D.C., Eastern District of PA | 11/29/2017 | Active |
| U.S.D.C., District of Colorado | 2/5/2021 | Active |
| U.S.C.A., for the Third Circuit | 1/7/2020 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

n/a     n/a

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Timothy C. Williams                                                                   , who has offices at

701 S. Taylor Street, Suite 500
(Street Address)

Amarillo                                 TX                    79101
(City)                                   (State)              (Zip Code)

806-468-3300                             806-373-3454
(Telephone No.)                          (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of_____, _____.

Elizabeth P. Weissert
Printed Name of Applicant

*Elizabeth P. Weissert*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Elizabeth Parker Weissert, Esq.*

**DATE OF ADMISSION**

*October 17, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 1, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk