IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-004-Z |
| THE WASHINGTON POST CO., *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendant the Associated Press's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 40), filed on March 14, 2023. Leslie E. John is an attorney licensed to practice in the State of Pennsylvania. Ms. John represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Timothy C. Williams has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. John may represent the Associated Press in this matter, subject to further order of the Court.

**SO ORDERED**.

March 20, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE