IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ROBERT F. KENNEDY, JR., TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER & CHARLENE BOLLINGER,<br><br>          *Plaintiffs,*<br>  v.<br><br>THE WASHINGTON POST CO., THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS,<br><br>          *Defendants*. | Civil Action No. 2:23-cv-00004-Z |

## UNOPPOSED MOTION TO AMEND CAPTION

Defendant WP Company LLC d/b/a The Washington Post hereby respectfully moves this Court to amend the caption so that "WP Company LLC d/b/a The Washington Post" replaces the incorrectly named defendant "The Washington Post Co." Defendant makes this request in light of Plaintiffs' Amended Complaint correcting this misnomer, filed March 9, 2023. ECF 39.

This motion is unopposed.

Dated: March 22, 2023

Respectfully submitted,

 */s/ Thomas C. Riney*
Thomas C. Riney (SBN 16935100)
tom.riney@uwlaw.com
C. Jason Fenton (SBN 24087505)
jason.fenton@uwlaw.com
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Tel: (806) 379-5613; Fax: (806) 379-0316

John E. Schmidtlein (*pro hac vice*)
Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Kathryn E. Garza (*pro hac vice*)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000; Fax: (202) 434-5029

*Attorneys for WP Company LLC*

## **CERTIFICATE OF CONFERENCE**

      The undersigned counsel hereby certifies that on or before the 20th day of March 2023, counsel for Defendant WP Company LLC conferred with all Parties regarding the above motion and all Parties stated they consented to or did not oppose the motion.

                                          */s/ Nicholas G. Gamse*
                                          Nicholas G. Gamse

## **CERTIFICATE OF SERVICE**

      The undersigned Counsel hereby certifies that on the 22nd day of March 2023, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record. In addition, notice was provided via email to the following counsel.

                                                  */s/ Thomas C. Riney*
                                                  Thomas C. Riney

Jed Rubenfeld
rubenfeldjed@gmail.com
1301 Forest Road
New Haven, CT 06515