IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ROBERT F. KENNEDY, JR., TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER & CHARLENE BOLLINGER,<br><br>      *Plaintiffs,*<br>v.<br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS,<br><br>      *Defendants*. | Civil Action No. 2:23-cv-00004-Z |

**[PROPOSED] ORDER GRANTING THE ASSOCIATED PRESS, REUTERS NEWS & MEDIA INC., AND WP COMPANY LLC'S MOTION TO DISMISS**

The Court, having considered the Associated Press, Reuters News & Media Incorporated, and WP Company LLC d/b/a The Washington Post's Motion to Dismiss, and the brief in support of the Motion, hereby rules and orders as follows:

IT IS HEREBY ORDERED that both counts—Count 1 for a per se violation of the Sherman Act and Count 2 for a rule of reason violation of the Sherman Act—of Plaintiffs' Amended Complaint (ECF No. 39) be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____  By: _____
                                                                                 Hon. Matthew J. Kacsmaryk
                                                                                 United States District Judge