# EXHIBIT A

Technology, democracy and trust Creating a more democratic online world

September 28, 2021

https://www.youtube.com/watch?v=jH5VXgLj05E

1   JESSICA CECIL:  Thank you for tuning in, and thanks to the Paris Peace
2   Forum for the opportunity to present to such an esteemed audience. I'm
3   looking forward to answering your questions after my short presentation. I'm
4   Jessica Cecil, the BBC's Director of the Trusted News Initiative. The
5   Initiative is an industry collaboration of major news and global tech
6   organizations, working together to stop the spread of disinformation where it
7   poses the risk of real world harm. Can we have the first slide, please? This
8   time of global uncertainty and fear has provided fertile ground for falsity,
9   unproven preventions, and fake cures which sometimes prove fatal. One report
10  puts the global human cost of bad information about COVID-19 at over 800
11  deaths in just the first three months of 2020, according to the American
12  Journal of Tropical Medicine and Hygiene. If that was just in the first three
13  months of 2020, just imagine how many it must be now. If we can do anything
14  to fight the most serious disinformation to make elections fair and save
15  lives, we should. The BBC has stepped up investment and focus in its
16  journalism around disinformation. Teams producing Reality Check, Beyond Fake
17  News, and others, are working with the insight brought by BBC monitoring to
18  expose and debunk dangerous and often malicious falsehoods, but we believed
19  there was more we could do, and do it in partnership with others. A year ago,
20  the BBC convened the world's biggest tech platforms and the most prominent
21  news organizations in an urgent challenge. At times of highest jeopardy, when
22  elections or lives are at stake, we asked, is there a way that we can alert
23  each other to the most dangerous false stories? Can we stop them spreading
24
25

1

Technology, democracy and trust Creating a more democratic online world

September 28, 2021

https://www.youtube.com/watch?v=jH5VXgLj05E

fast across the internet, preventing them from doing real world harm? Rather than reel off a list of all the organizations involved in the Trusted News Initiative, in the next three slides, we'll show you a list of our partners, starting with the tech platforms. We all believed trying something was better than doing nothing. There are audiences and users running into billions across this partnership who are potentially touched by disinformation, and this is important for the BBC. With a commitment to impartiality at the very top of our priorities, we wanted to work with others around the world to try and prevent some of the damage done by false news. Can we have the next slide, please? And this matters to me. I have spent my entire career as a journalist and media executive, inspired throughout by the promise of journalism. It can show readers, audiences, users, the world around them with fresh eyes, so if you can't trust what you read, what you see, what you hear, you are robbed of that, and bad things can happen. The very foundations of our civic life are threatened. We have been experimenting over the past year with turning good intentions into actions that work. We have now found a way to alert each other, so partners are on guard at particular times of highest jeopardy, ready for the most serious break-glass moments when viral disinformation risks real world harm, and we have done that without in any way muzzling our own journalism. We have been sharing alerts over COVID-19, and before that, over falsities which posed a threat to democratic integrity during the UK and Taiwan elections. Can we have the next slide, please? More recently, we have been sharing alerts over the most serious disinformation in

Technology, democracy and trust Creating a more democratic online world

September 28, 2021

https://www.youtube.com/watch?v=jH5VXgLj05E

1  two very different elections – in the U.S. and in Myanmar – and again, with
2  an emphasis on the most serious disinformation, and because different news
3  organizations are most relevant in different regions, we are working with a
4  wide and expanding group of publishers. Speed is at the heart of the
5  response, because the most serious disinformation has the potential to go
6  viral very quickly, and to turn from words and images online to real harm in
7  the real world. When a false story from a fake BBC Breaking Twitter account –
8         [00:05:00]
9         can I have the next slide, please – claimed that the UK Prime Minister,
10 Boris Johnson, was dead in April, a false alert amongst the partners stopped
11 the lie spreading across the internet and around the world, where it could
12 have caused panic and moved markets. This is the thought of disinformation
13 that is really dangerous. When people in the UK, and later in Canada and the
14 Netherlands, were urged in Facebook and Instagram posts to burn 5G masts,
15 feeding on the conspiracy that linked COVID-19 to 5G, again, a fast alert
16 played a part in preventing destruction that could have compromised the
17 response of the emergency services and could have cost lives. Next slide,
18 please. This is very much a work in progress, we are working out how to work
19 together and what is effective, but we have pioneered what we believe is a
20 really important initiative, because working together achieves things we
21 couldn't do on our own. The Trusted News Initiative has evolved over the past
22 year to become the only place in the world where disinformation is discussed
23 in real time, as it happens, by some of the most trusted global news
24
25

Technology, democracy and trust Creating a more democratic online world

September 28, 2021

https://www.youtube.com/watch?v=jH5VXgLj05E

1  organizations and the biggest global tech platforms. It is a significant step
2  in the fight against disinformation, alongside other welcome developments in
3  the past year, such as the increasingly important role of fact-checkers
4  across the world and other alliances, but the threat is changing too. All of
5  us have to work out how best we can meet that threat. Thank you, and I'm very
6  happy to take any questions about our work. We've been asked about how we
7  check facts and how do we know whether information is reliable or not. We are
8  not about checking facts. The BBC has a Disinformation Unit that is about
9  checking facts, and we are deliberately at arm's length from our journalistic
10 colleagues within the BBC, because the Trusted News Initiative will never
11 muzzle our journalism. There are also, around the world, fact-checking
12 organizations. We rely on BBC journalism and the journalism of our partners
13 to know what is reliable, but once we know something isn't reliable, that's
14 the point at which we can alert each other. Thank you, Catherine, for that
15 question. We're asked, do you think there is a need to educate people on this
16 topic? How have you informed [INDISCERNIBLE 00:08:21]? Media education is
17 absolutely vital, and indeed, when you talk to both news organizations and
18 tech platforms, and lots of organizations that are interested in this sphere,
19 media education always comes up as an issue that needs to be explored
20 further. It's really important that individuals know what they can trust and
21 know what they can't trust, and have the critical faculties to do that. We at
22 the BBC have media education. Beyond Fake News is a World Service initiative,
23 a set of programs that is there to inform people. There is also, within the
24
25

Technology, democracy and trust Creating a more democratic online world

September 28, 2021

https://www.youtube.com/watch?v=jH5VXgLj05E

1  UK, initiatives like Young Reporter, and worldwide something called My World,

2  both for young people to build their critical thinking. We don't know as much

3  as we could know and we want to know about what is effective and what isn't

4  effective, which signals of fake news that something is potentially less

5  trustworthy are things that audiences feel that they react to or that they

6  find that makes something more interesting, so we're still learning, but

7  undoubtedly that's a really, really important part of the puzzle.

8      [00:10:00]

9      Are there any other questions that I can see? How can a media outlet

10 remain neutral and impartial? Once you identify something as fake news, what

11 have been the reactions of the readers, positive and negative, and how can it

12 define what is the truth? As I said in my talk, impartiality is right at the

13 heart of what the BBC stands for. There is nothing in the Trusted News

14 Initiative that in any way calls that into account, and we ensure, as I say,

15 that nothing in the Trusted News Initiative muzzles our journalism in any

16 way. This is about fighting falsehoods that are dangerous and are defined.

17 This is not about taking sides. We would never do that and have never done

18 that. Next question. Do you partner with academics for media education? We

19 have, as part of the Trusted News Initiative, to globally recognized

20 [INDISCERNIBLE 00:11:32] academics. We have Claire Wardle and the First Draft

21 organization, and they are a specialist in disinformation, particularly

22 around health disinformation. We also have, as part of the alliance, the

23 Reuters Institute for the Study of Journalism at Oxford University, under the

24

25

Technology, democracy and trust Creating a more democratic online world

September 28, 2021

https://www.youtube.com/watch?v=jH5VXgLj05E

1  leadership of Rasmus Kleis Nielsen. So we have been working with academics,
2  and we are obviously always interested to know more about the way in which
3  disinformation is changing. Disinformation mutates. We've seen in the past
4  year that COVID-19 has changed the nature of disinformation. It also changes
5  as it goes across national boundaries, and exploits some of the concerns in
6  different territories in different ways, but again, we are just beginning to
7  learn what the threat is and therefore what the most appropriate way to
8  counter that is. What do you think about training people to analyze news?
9  It's really important. We have produced, as I say, pieces of content that
10 help people to understand what to look for in news that they can trust and
11 what to be suspicious of. If something is overly emotional, if it appears to
12 tell you things that are different from what you've heard elsewhere, you
13 know, there are various ways in which we try to help the audience understand
14 what they can do. We also, of course, would say that the BBC stands for a
15 gold standard in trusted journalism, which is why, when imposter content
16 purporting to be from the BBC or indeed from any other trusted news sources
17 are dangerous, because all our audiences give us a view of the values that
18 they hold us to account for, and clearly imposter content creates a situation
19 where our own brand is undermined as a result. I'm quite interested as a
20 scientist in this initiative. I'm very concerned about the false information
21 that can be created and spread, even more too, worried about why people
22 cannot decide what is real or not. How can I be in touch? I mean to keep
23 following up our project progress. Please, reach out to me, I would love you
24
25

Technology, democracy and trust Creating a more democratic online world

September 28, 2021

https://www.youtube.com/watch?v=jH5VXgLj05E

1  to get involved. I can tell you more. I think this is a really, really

2  important area. Just to reiterate, we will never in the BBC be in the

3  business of telling people what to think and what is right and forming

4  opinions. What we do want to do is say that there is objective truth, and

5  clearly there is objective truth and there is objective truth in science.

6      [00:15:00]

7      We also have, clearly, we have been working in the U.S. elections, and

8  that has posed many challenges, as you can imagine. Rather than give you a

9  running commentary at the moment, that's something that we will come back to

10 in due course to discuss. What we are seeing is a huge amount of

11 disinformation at the moment, and I'm sure that anybody who is aware of the

12 news will be aware of that at the moment. Are there any other questions? How

13 do you think the Paris Peace Forum and its participants could support your

14 initiative? We would love to hear from you, we would love you to spread the

15 word about what we're doing, and I think we would love to know how we can

16 build on this. I keep emphasizing, we all started off thinking something is

17 better than nothing, we must try something, but this is a work in progress.

18 This is a work in progress because it is only through the tessellation of

19 organizations that we can fight a challenge, and secondly, that we can work

20 out how it's changing and evolving. As I've said, there are various legs of

21 action here. One is the way in which fact-checkers and the fact-checking

22 environment has become so much more sophisticated over the last year;

23 secondly, the way in which these alliances are coming together in new ways;

24

25

Case 2:23-cv-00004-Z   Document 55-1   Filed 04/18/23   Page 9 of 10   PageID 604
Technology, democracy and trust Creating a more democratic online world

September 28, 2021

https://www.youtube.com/watch?v=jH5VXgLj05E

thirdly, there is a way in which we all have learned about how we can warn all our audiences about what to look out for in terms of media education, so keep up the dialogue and let's keep talking, because as I say, this is an evolving threat and really matters. In your opinion, how climate change coverage is being made in the mainstream media? I am not sure quite how that, at the moment, we haven't tackled disinformation and climate change, and perhaps that's something that we can consider in the future. At the moment, that hasn't been in scope. How can information be used to tackle disinformation in a transparent way? I think we all believe in transparency; equally, we don't want to be gamed by bad actors, so we want to talk about what we're doing and what we're learning, and we hope that in the spring next year, we will be able to bring wider groups of stakeholders together to talk about that. As I say, it's about working out what works without being gamed by bad actors. Are there any further questions? I think that's it for the moment. Thank you very, very much. I feel deeply privileged

[00:20:00]

to have had the chance to talk about what we're doing. We would love to talk more with anybody who is interested, and thank you very much for listening. Goodbye.



I, Anders Nelson, hereby certify that the document "Technology, democracy and trust Creating a more democratic online world" is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

Anders Nelson

Digitally signed by Anders Nelson
Date: 2023.04.14 23:54:47 -04'00'

Anders Nelson
Project Manager

April 14, 2023

216 EAST 45TH STREET, 9TH FLOOR, NEW YORK, NY 10017 T +1 212.400.8845 F +1.212.867.3106 LEGAL.TRANSPERFECT.COM