IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, ROBERT F. KENNEDY, JR., TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER & CHARLENE BOLLINGER, | § | |
| Plaintiffs, | § | |
| v. | § | CASE NO. 2:23-CV-004-Z |
| WP COMPANY, LLC d/b/a; THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, and REUTERS NEW & MEDIA INC., | § | |
| Defendants. | § | |

**DEFENDANT REUTERS' CERTIFICATE**
**OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1(a) and L.R. 7.4, Defendant Reuters News & Media Inc. certifies that it is a Delaware corporation whose parent is Thomson Reuters U.S. LLC, a Delaware limited liability company. Reuters News & Media Inc. and Thomson Reuters U.S. LLC are indirect and wholly owned subsidiaries of Thomson Reuters Corporation, a publicly held corporation, which is traded on the New York Stock Exchange and Toronto Stock Exchange. There are no intermediate parent corporations or subsidiaries of Reuters News & Media Inc. or Thomson Reuters U.S. LLC that are publicly held, and there are no publicly held companies that own 10% or more of Reuters News & Media Inc. or Thomson Reuters U.S. LLC shares.

Date: April 19, 2023

Respectfully submitted,

/s/ David M. Russell

David M. Russell
State Bar No. 17409300
david@srlawtx.com
SMITHEE & RUSSELL, LLP
320 S. Polk, Suite 920
Amarillo, Texas 79101
Telephone: 806.322.9200
Facsimile: 806.322-9201

Justina Session (*pro hac vice* pending)
State Bar No. 270914 (California)
jsessions@wsgr.com
WILSON, SONSINI GOODRICH & ROSATI, PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: 415.947.2000
Facsimile: 866.974.7329

***ATTORNEYS FOR REUTERS NEWS & MEDIA, INC.***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was provided via the CM/ECF system to counsel of record. In addition, notice was provided to the following, this 19th day of April, 2023:

| Recipient | Method | |
|---|---|---|
| Ryan Patrick Brown<br>ryan@ryanbrownattorneyatlaw.com<br>RYAN BROWN ATTORNEY AT LAW<br>1222 S. Fillmore Street<br>Amarillo, Texas 79101<br>*Attorney for Plaintiffs* | Via Electronic Notice<br>Certified Mail, Return Receipt Requested<br>United States Regular Mail<br>Overnight Mail<br>Via Facsimile Transmission<br>Via Hand-Delivery | ☒<br>☐<br>☐<br>☐<br>☐<br>☐ |

| | |
|---|---|
| John W. Howard<br>johnh@jwhowardattorneys.com<br>Scott J. Street<br>sstreet@jwhowardattorneys.com<br>JW HOWARD ATTORNEYS<br>600 West Broadway, Suite 1400<br>San Diego, California 92101<br>*Attorney for Plaintiffs* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Jed Rubenfeld<br>rubenfeldjed@gmail.com<br>1301 Forest Road<br>New Haven, CT 06515<br>*Attorney for Plaintiffs* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Tom Riney<br>tom.riney@uwlaw.com<br>Jason Fenton<br>jason.fenton@uwlaw.com<br>UNDERWOOD LAW FIRM, PC<br>500 S. Taylor, Suite 1200<br>Amarillo, Texas 79101<br>*Attorneys for WP Company, LLC* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| John E. Schmidtlein<br>jschmidtlein@wc.com<br>Thomas G. Hentoff<br>thentoff@wc.com<br>Nicholas G. Gamse<br>ngamse@wc.com<br>Kathryn E. Garza<br>kgarza@wc.com<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>*Attorneys for WP Company, LLC* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |

| | | |
|---|---|---|
| Timothy C. Williams<br>tim.williams@sprouselaw.com<br>SPROUSE SHRADER SMITH PLLC<br>P.O. Box 15008 (79105)<br>701 S. Taylor Street, Suite 500<br>Amarillo, Texas 79101<br>*Attorneys for the Associated Press* | Via Electronic Notice<br>Certified Mail, Return Receipt Requested<br>United States Regular Mail<br>Overnight Mail<br>Via Facsimile Transmission<br>Via Hand-Delivery | ☒<br>☐<br>☐<br>☐<br>☐<br>☐ |
| Leslie E. John<br>JohnL@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>*Attorneys for the Associated Press* | Via Electronic Notice<br>Certified Mail, Return Receipt Requested<br>United States Regular Mail<br>Overnight Mail<br>Via Facsimile Transmission<br>Via Hand-Delivery | ☒<br>☐<br>☐<br>☐<br>☐<br>☐ |
| Michelle A. Mantine<br>mmantine@reedsmith.com<br>Edward B. Schwartz<br>eschwartz@reedsmith.com<br>REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, Pennsylvania 15222<br>*Attorneys for the British Broadcasting Corp.* | Via Electronic Notice<br>Certified Mail, Return Receipt Requested<br>United States Regular Mail<br>Overnight Mail<br>Via Facsimile Transmission<br>Via Hand-Delivery | ☒<br>☐<br>☐<br>☐<br>☐<br>☐ |

/s/ David M. Russell
David M. Russell