IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

     APR 25 2023

CLERK, U.S. DISTRICT COURT
By                    Deputy
```

CHILDREN'S HEALTH DEFENSE
*et al.*,

     Plaintiffs,

v.

THE WASHINGTON POST CO., *et al.*,

     Defendants.

2:23-CV-004-Z

## ORDER

Before the Court is Defendant Reuters News & Media Inc.'s ("Reuters") Application for Admission *Pro Hac Vice* ("Application") (ECF No. 50), filed on April 18, 2023. Justina K. Sessions is an attorney licensed to practice in California. Ms. Sessions represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. David M. Russell has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Sessions may represent Reuters in this matter, subject to further order of the Court.

     **SO ORDERED**.

April 25, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE